IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID VIGIL, <br><br> Plaintiff, <br><br> vs. <br><br> C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | 8:19CV398 <br><br> ORDER |

Richard North, Jr. (Mr. North) from the law firm Nelson Mullins, previously appeared on Defendant's behalf. Thomas Dutton and several other attorneys from the law firm of Greenberg Traurig, LLP have been retained to substitute for Mr. North as trial counsel.

IT IS ORDERED that the motion to withdraw Richard North, Jr. as counsel of record for Defendants, (Filing No. 16), is granted. Richard North, Jr. shall no longer receive electronic notice in this case.

Dated this 20th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge