UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA (8 OMAHA)

| | |
|---|---|
| David Vigil, <br><br> Plaintiff, <br><br> v. <br><br> C.R. Bard Incorporated, and, Bard Peripheral Vascular Incorporated, <br><br> Defendants. | 8:19-cv-00398-JMG-CRZ |

## ORDER RE:PLAINTIFF'S MOTION TO WITHDRAW APPERANCE OF YVONNE FLAHERTY

Yvonne M. Flaherty of the firm Lockridge Grindal Nauen P.L.L.P., previously appeared on Plaintiff's behalf. C. Lincoln Combs has been retained to substitute for Ms. Flaherty as trial counsel.

IT IS ORDERED that the motion to withdraw Yvonne Flaherty as counsel of record for Plaintiff, (Filing No. 26), is granted.

DATED October 17, 2019.

By _____
Judge Cheryl R. Zwart
United States Magistrate Judge